# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD STEVEN HOPKINS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 73368

**FILED**

SEP 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the district court use of unconstitutional jury instructions."

On June 21, 2017, appellant filed a notice of appeal. The document does not specifically identify any judgments of the district court. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Cherry

_____, J.          _____, J.
Hardesty                     Stiglich

17-31200

cc: Chief Judge, The Second Judicial District Court
Donald Steven Hopkins
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A